OPINION — AG — **** STATE PERSONNEL BOARD — WITNESS FEES AND MILEAGE NOT PAID **** SINCE NO FUNDS ARE APPROPRIATED TO THE STATE PERSONNEL BOARD FOR THE PURPOSE OF PAYING WITNESS FEES AND MILEAGE TO INDIVIDUALS SERVED BY THE BOARD WITH A SUBPOENA, THE STATE PERSONNEL BOARD IS NOT REQUIRED TO PAY SUCH WITNESS FEES AND MILEAGE. CITE: 12 O.S. 1969 Supp., 390 [12-390], 12 O.S. 1969 Supp., 391 [12-391], 28 O.S. 1969 Supp., 81 [28-81], 12 O.S. 1961 400 [12-400] (TIM LEONARD)